IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY H. BRUSH, | 1:07-cv-01009-LJO-DLB-(PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO |
| vs. | FINDINGS AND RECOMMENDATIONS |
| J. WOODFORD, et al., | (DOCUMENT #12) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 14, 2008, plaintiff filed a motion to extend time to respond to findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a response to findings and recommendations.

IT IS SO ORDERED.

Dated:  **April 2, 2008**          /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE