# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY H. BRUSH,               | CASE NO. 1:07-cv-01009-LJO-DLB PC |
|     Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS |
|     v. | (Doc. 18) |
| J. WOODFORD, et al., | |
|     Defendants. | |

    Plaintiff Gary H. Brush ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 14, 2008, this court issued Findings and Recommendations recommending that the action be dismissed for failure to obey a court order and file an amended complaint. (Doc. 18) Plaintiff filed an objection on July 28, 2008.

    A review of the court record reveals that plaintiff's amended complaint was in fact received on June 30, 2008.  (Doc. 19).

    Accordingly, the Findings and Recommendations, issued July 14, 2008, is HEREBY VACATED.

    IT IS SO ORDERED.

    Dated:  **July 31, 2008**           **/s/ Dennis L. Beck**
                                                                           UNITED STATES MAGISTRATE JUDGE