# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY H. BRUSH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>J. WOODFORD, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-01009 LJO DLB PC<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 19) |

　　　　Plaintiff Gary H. Brush ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and California law. Plaintiff filed this action on July 16, 2007. The Court has screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and finds that service is appropriate.[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

　　　　1.　　Service shall be initiated on the following defendants:

　　　　　　　　J. Harper

　　　　　　　　Ortiz

　　　　　　　　Brummel

　　　　　　　　Lee

　　　　　　　　Freeland

　　　　　　　　Watts

---

[1] In a Findings and Recommendations issued concurrently with this order, the Court recommended dismissal of defendants Govea, Vilaysane, Huckabay, Ahlin, Igbinosa, Chapnick, Mattingly, Hudson, Grannis, Herrera, Martinez, Yates and Woodford from this action.

|     |     |                |
| --- | --- | -------------- |
| 1   |     | Josso          |
| 2   |     | Tucker         |
| 3   |     | Soares         |
| 4   |     | Rangel         |
| 5   |     | Gonzales       |
| 6   |     | Cano           |
| 7   |     | N. Greene      |
| 8   |     | J. L. Scott    |
| 9   |     | J. Naftzger    |
| 10  |     | King           |
| 11  |     | Cattallano     |

2. The Clerk of the Court shall send Plaintiff seventeen (17) USM-285 forms, seventeen (17) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed June 30, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Eighteen (18) copies of the endorsed amended complaint filed June 30, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **August 12, 2008**              /s/ **Dennis L. Beck**

UNITED STATES MAGISTRATE JUDGE