# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GARY BRUSH,

                Plaintiff,

    v.

J. WOODFORD, et al.,

                Defendants.

_____/

CASE NO. 1:07-cv-1009-LJO-DLB PC

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

(Doc. 4)

Plaintiff Gary Brush ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 4, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within fifteen days. After obtaining an extension of time, plaintiff filed an Objection to the Findings and Recommendations on April 8, 2008.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations, filed March 4, 2008, is adopted in full; and

2.    Plaintiff's motion for preliminary injunctive relief, filed July 16, 2007, is DENIED, without prejudice.IT IS SO ORDERED.

**Dated:   August 25, 2008**               **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

1