IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY H. BRUSH,<br><br>          Plaintiff,<br><br>     vs.<br><br>J. WOODFORD, et al.,<br><br>          Defendants.<br>_____/ | 1:07-cv-01009-LJO-DLB (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #28) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 12, 2008, plaintiff filed a motion to extend time to file objections to findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted an extension of time, up to October 16, 2008, in which to file objections to findings and recommendations.


     IT IS SO ORDERED.

     Dated:   **September 23, 2008**              _____/s/ **Dennis L. Beck**_____
                                                                        UNITED STATES MAGISTRATE JUDGE