# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY H. BRUSH,<br><br>    Plaintiff,<br><br>    v.<br><br>J.WOODFORD, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:07-CV-1009-LJO-DLB-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN DEFENDANTS FROM ACTION<br><br>(Doc. 24) |

Plaintiff Gary H. Brush ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 14 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Despite obtaining an extension of time, plaintiff still has not filed a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 14, 2008, is adopted in full; and
2. Defendants Govea, Vilaysane, Huckabay, Ahlin, Igbinosa, Chapnick, Mattingly, Hudson, Grannis, Herrera, Martinez, Yates and Woodford are dismissed from this

action for plaintiff's failure to state a claim as against them; and

    3.    This action shall proceed only against defendants Harper, Ortiz, Brummel, Lee, Freeland, Watts, Josso, Tucker, Soares, Rangel, Gonzales, Cano, Greene, Scott, Naftzger, King and Cattallano.

IT IS SO ORDERED.

**Dated:**  **November 4, 2008**                     /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE