IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **GARY BRUSH,**<br><br>                                                  Plaintiff,<br><br>v.<br><br>**WOODFORD, ET AL.,**<br><br>                                                  Defendant. | 1:07-cv-1009 LJO DLB (PC)<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT** |

Defendants Naftzger, Jasso, Rangel, Soares, Scott, Harper, Cano, Tucker, Lee, Greene, King, Catalano, Freeland and Gonzales' ("Defendants") first request for an extension of time to file a responsive pleading to Plaintiff's First Amended Complaint was considered by this Court and, good cause appearing,

IT IS ORDERED that Defendants have a thirty-day extension, from the date of service of this order, to file their response to Plaintiff's First Amended Complaint .

IT IS SO ORDERED.

**Dated:   November 26, 2008**              _____/s/ Dennis L. Beck_____
                                                                  UNITED STATES MAGISTRATE JUDGE

1