# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BRUSH,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES YATES, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-cv-01006-OWW-SMS PC<br><br>ORDER CONSOLIDATING THIS CASE AND 1:07-01009-LJO-DLB PC, AND DIRECTING THE CLERK OF THE COURT TO DOCKET THIS ORDER IN BOTH CASES AND CLOSE THIS FILE<br><br>(Doc. 12) |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. Defendants removed this case from Fresno County Superior Court on July 15, 2008. 28 U.S.C. § 1441(b). On January 5, 2009, Plaintiff filed a notice of related cases. Plaintiff is also proceeding in this court in case number 1:07-cv-01009-LJO-DLB PC *Brush v. Farber-Szekrenyi, et al.*, and is asserting virtually identical claims.

The Court has reviewed the complaints in both cases. Plaintiff may not litigate the same claims against the same parties in two separate cases. Plaintiff shall proceed on his claims in the earlier filed case and this case shall be closed.

///
///
///
///
///
///

1

1  Accordingly, this case is HEREBY ORDERED CONSOLIDATED with case number 1:07-cv-
2  01009-LJO-DLB PC, and the Clerk of the Court SHALL docket this order in both cases and close
3  this file.

6  IT IS SO ORDERED.

7  **Dated:   February 23, 2009**            /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE