IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY H. BUSH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J. WOODFORD, et al.,<br><br>　　　　Defendants.<br>_____ / | 1:07-cv-01009-LJO-DLB (PC)<br><br>ORDER GRANTING FIRST MOTION<br>TO EXTEND TIME TO FILE OBJECTIONS<br>TO FINDINGS AND<br>RECOMMENDATIONS<br><br>(Motion#76)<br><br>30-DAY DEADLINE |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 15, 2009, plaintiff filed a motion to extend time to file objections to findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections to findings and recommendations.

　　　IT IS SO ORDERED.

　　　**Dated:　April 17, 2009**　　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE