IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY H. BRUSH, | 1:07-cv-01009-LJO-SKO (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| PETER FARBER-SZEKRENYI, et al., | (Motion#104) |
| Defendants. | 30-DAY DEADLINE |

Plaintiff Gary H. Brush ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 4, 2010, Plaintiff filed a motion to extend time to file an opposition to the defendants' motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file an opposition to the defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated: __October 7, 2010__          __/s/ Sheila K. Oberto__
                                    UNITED STATES MAGISTRATE JUDGE