# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GARY H. BRUSH,                                    CASE NO. 1:07-cv-01009-LJO-SMS PC

    Plaintiff,

             ORDER CONTINUING TELEPHONIC TRIAL
 v.            CONFIRMATION HEARING TO AUGUST 8,
              2011

J. WOODFORD, et al.,

    Defendants.

_____/

   Plaintiff Gary H. Brush ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  A telephonic trial confirmation was held on July 6, 2011, before the Honorable Lawrence J. O'Neill.  At the hearing, Plaintiff verbally indicated that he will consent to the jurisdiction of the Magistrate Judge.  Accordingly the telephonic hearing was continued to July 11, 2011, at 9:00 a.m. before the Honorable Dennis Beck and Plaintiff was directed to return his consent form to the Court.

   In order for Plaintiff's consent form to be received by the Court, the hearing set for July 11, 2011, shall be continued to August 8, 2011, at 11:00 a.m.  Accordingly, it is HEREBY ORDERED that:

   1.  The telephonic trial confirmation hearing set for July 11, 2011, at 9:00 a.m. is continued to **August 8, 2011, at 11:00 a.m.** before the Honorable Dennis Beck; and

///

///

///

1

1        2.      Counsel for Defendants is required to arrange for the participation of Plaintiff in the

2        telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559)**

3        **499-5672.**

4        IT IS SO ORDERED.

5    **Dated:**    **July 7, 2011**                    _____/s/ Sandra M. Snyder_____
                                          UNITED STATES MAGISTRATE JUDGE

2