# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY H. BRUSH, | CASE NO. 1:07-cv-01009-LJO-SMS PC |
| Plaintiff, | ORDER SETTING TELEPHONIC HEARING FOR JULY 14, 2011 |
| v. | |
| J. WOODFORD, et al., | |
| Defendants. / | |

A telephonic hearing in this action is set for July 14, 2011, at 10:00 a.m. before the Honorable Dennis L. Beck.  Accordingly it is HEREBY ORDERED that:

1. A telephonic hearing is set for July 14, 2011, at 10:00 a.m. before the Honorable Dennis Beck; and

2. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5672.**

IT IS SO ORDERED.

**Dated:   July 12, 2011**            /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE