# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY H. BRUSH,<br><br>          Plaintiff,<br><br>    v.<br><br>J. WOODFORD, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:07-cv-01009-LJO-SMS PC<br><br>ORDER REQUIRING PARTIES TO RESPOND WITHIN FIVE DAYS<br><br>(ECF No. 139) |

This action is currently set for jury trial on August 29, 2011. A telephonic trial confirmation hearing was held on July 6, 2011, and the case was reassigned to the Honorable Dennis L. Beck. Plaintiff filed a motion for reconsideration of the Court's order granting in part and denying in part his motion for the attendance of incarcerated witnesses. (ECF No. 139.) Plaintiff seeks to have additional witnesses testify by video conference to address the security and transportation concerns set forth in the order. Before Plaintiff's motion can be addressed, Defendants must notify the Court whether they object to Plaintiff's witnesses video testimony at trial of this matter within five days.

Accordingly, it is HEREBY ORDERED that Defendants shall file an opposition or a statement of non-opposition to Plaintiff's motion for reconsideration within five days of the date of service of this order.

IT IS SO ORDERED.

**Dated:   July 12, 2011**                              /s/ Sandra M. Snyder
                                                              UNITED STATES MAGISTRATE JUDGE