1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  GARY H. BRUSH,                          CASE NO. 1:07-cv-01009-LJO-SMS PC

10              Plaintiff,                 ORDER AFTER HEARING

11    v.                                   RESPONSE DUE JULY 20, 2011

12  J. WOODFORD, et al.,

13              Defendants.
                                        /
14

15        A telephonic hearing was held on July 14, 2011, before the Honorable Dennis L. Beck.  Due

16  to the anticipated length of the trial in this matter and scheduling conflicts, the parties were ordered

17  to notify the court if they would consent to the Honorable Jennifer L. Thurston presiding over the

18  jury trial of this matter.

19        Accordingly, it is HEREBY ORDERED that the parties shall notify the Court if they consent

20  to the trial of this matter being set before the Honorable Jennifer L. Thurston by July 20, 2011.

21        IT IS SO ORDERED.

22  **Dated:    July 14, 2011**              **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28