# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY H. BRUSH,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>J. WOODFORD, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-01009-DLB PC<br><br>ORDER VACATING AUGUST 29, 2011 TRIAL<br><br>AMENDED PRETRIAL ORDER<br><br><u>Telephonic Trial Confirmation</u><br><u>Hearing:</u>　October 20, 2011, at 9:0 a.m. in Courtroom 9 (DLB)<br><br><u>Jury Trial:</u>　November 1, 2011, at 8:30 a.m. in Courtroom 9 (DLB) |

　　　On August 8, 2011, a telephonic hearing was held before the Honorable Dennis L. Beck. As discussed during the hearing,[1] the following is ORDERED:

　　　1.　The trial date of August 29, 2011, is VACATED;

　　　2.　Defendant's motion to amend the pretrial order, filed July 8, 2011, is GRANTED;

　　　3.　Defendants' witness list is AMENDED to add S. Flotten.

　　　4.　Jury trial of this matter is CONTINUED to **November 1, 2011**, at 8:30 a.m. before the undersigned in Courtroom 9; and

　　　5.　This matter is set for telephonic trial confirmation hearing before the undersigned on October 20, 2011, at 9:00 a.m. in Courtroom 9;

　　　6.　Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5672**; and

---

[1] Plaintiff's motion for reconsideration of his motion for the attendance of incarcerated witnesses shall be addressed by separate order.

1

7. If the parties agree that a settlement conference would be beneficial they are to notify the Court within fifteen days from the date of service of this order.

IT IS SO ORDERED.

Dated: **August 8, 2011**         /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE