# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY H. BRUSH, | CASE NO. 1:07-cv-01009-DLB PC |
| Plaintiff, | ORDER ADVANCING TELEPHONIC TRIAL CONFIRMATION HEARING |
| v. | |
| FARBER-SZEKRENYI, et al., | ORDER DENYING PLAINTIFF'S MOTION FOR COPIES |
| Defendants. | (ECF No. 168) |

Due to a conflict on the Court's calendar, the telephonic trial confirmation hearing set for October 20, 2011, shall be advanced to October 19, 2011, at 9:00 a.m.

On August 9, 2011, Plaintiff filed a motion for a court order requiring the prison library to make another set of copies of Plaintiff's trial exhibits. (ECF No. 168.) The Court has received copies of Plaintiff's exhibits and no further copies are needed.

Accordingly, it is HEREBY ORDERED that:

1. The telephonic trial confirmation hearing set for October 20, 2011 shall be advanced to October 19, 2011, at 9:00 a.m. before the Honorable Dennis L. Beck; and

2. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5672**; and

///
///
///

1

3. Plaintiff's motion for a court order, filed August 9, 2011, is DENIED as unnecessary.

IT IS SO ORDERED.

**Dated:** **September 1, 2011**         /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE