# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY H. BRUSH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. WOODFORD, et al.,<br><br>　　　　Defendants. | CASE NO. 1:07-cv-01009-DLB PC<br><br>NOTICE AND ORDER THAT PLAINTIFF **GARY H. BRUSH, CDC # P-93713**, IS NO LONGER NEEDED IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

An order to show cause hearing commenced on October 19, 2011. Plaintiff **Gary H. Brush, CDC # P-93713**, has testified and is no longer needed by the Court in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 10/19/2011

DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE

1