FILED
OCT 1 9 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY H. BRUSH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. WOODFORD, et al.,<br><br>　　　　Defendants. | CASE NO. 1:07-cv-01009-DLB PC<br><br>NOTICE AND ORDER THAT WITNESS **ANDRES SERRANO, CDC # J-27946**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

An order to show cause hearing commenced on October 19, 2011. Witness **Andres Serrano, CDC # J-27946**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 10/19/2011                   _____
　　　　　　　　　　　　　　　　　　　　　DENNIS L. BECK
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1