FILED
OCT 19 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY H. BRUSH,<br><br>    Plaintiff,<br><br>v.<br><br>J. WOODFORD, et al.,<br><br>    Defendants. | CASE NO. 1:07-cv-01009-DLB PC<br><br>NOTICE AND ORDER THAT WITNESS **JASON REEDER, CDC # H-73687**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

An order to show cause hearing commenced on October 19, 2011. Witness **Jason Reeder, CDC # H-73687**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 10/19/2011        _____
                          DENNIS L. BECK
                          UNITED STATES MAGISTRATE JUDGE

1