

**FILED**
OCT 19 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY H. BRUSH, | CASE NO. 1:07-cv-01009-DLB PC |
| Plaintiff, | NOTICE AND ORDER THAT WITNESS **JOSE UMANZOR, CDC # J-80196**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| J. WOODFORD, et al., | |
| Defendants. | |

An order to show cause hearing commenced on October 19, 2011. Witness **Jose Umanzor, CDC # J-80196**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 10/19/2011

DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE

1