# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY H. BRUSH, | CASE NO. 1:07-cv-01009-DLB PC |
| Plaintiff, | ORDER VACATING TRIAL DATE AND ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| J. WOODFORD, et al., | (ECF Nos. 177-185) |
| Defendants. | |

Plaintiff Gary H. Brush ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pending the issuance of the order following the order to show cause hearing held on October 19, 2011, it is HEREBY ORDERED that:

1. The trial date of November 1, 2011, is VACATED;

2. The Order and Writ of Habeas Corpus ad Testificandum commanding the production of Plaintiff Gary Brush, Manuel Vaifanua, Bryan Abeyta, Richard Cagadas, Clinton Washington, Andres Serrano, Jose Umanzor, Jason Reeder, and Eric Villiers for jury trial on November 1, 2011, are VACATED; and

3. The Clerk's Office shall serve a courtesy copy of this order on CDCR Transportation, and the Out-to-Court Desk and Litigation Offices at Pleasant Valley State Prison, R. J. Donovan Correctional Facility, and Wasco State Prison.

IT IS SO ORDERED.

Dated:   October 27, 2011            /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE