# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY H. BRUSH, | CASE NO. 1:07-cv-01009-DLB PC |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AS MOOT |
| J. WOODFORD, et al., | (ECF No. 213) |
| Defendants. | |

On October 25, 2011, Plaintiff filed a motion for appointment of counsel. An order issued imposing sanctions and dismissing this action on October 27, 2011. Accordingly, Plaintiff's motion for appointment of counsel is denied as moot.

IT IS SO ORDERED.

Dated: **November 3, 2011**         **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE